Zachary M. Best. SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RACHEL BRYANT,<br><br>Plaintiff,<br><br>vs.<br><br>REGISTERED SLEEP STUDY SCORING SERVICES, INC. dba DAN'S PRATHER PIZZA FACTORY, et al.,<br><br>Defendants. | No. 1:17-cv-01261-LJO-EPG<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1     **IT IS HEREBY STIPULATED** by and between Plaintiff Rachel Bryant ("Plaintiff") and Defendants Registered Sleep Study Scoring Services, Inc. dba Dan's Prather Pizza Factory and 3441 South Willow Investments, L.P., a California Limited Partnership (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

    **IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994).

Dated: February 16, 2018          MISSION LAW FIRM, A.P.C.

                                           */s/ Zachary M. Best*
                                           Zachary M. Best
                                           Attorneys for Plaintiff,
                                           Rachel Bryant

Dated: February 16, 2018          CAMPAGNE & CAMPAGNE
                                           A Professional Corporation

                                           */s/ Justin C. Campagne*
                                           Justin C. Campagne
                                           Attorneys for Defendants
                                           Styles for Less, Inc.

# **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Rachel Bryant ("Plaintiff") and Defendants Registered Sleep Study Scoring Services, Inc. dba Dan's Prather Pizza Factory and 3441 South Willow Investments, L.P., a California Limited Partnership (collectively "Defendants") shall comply with the terms of the confidential Settlement Agreement and Limited Release, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: __March 9, 2018__                    _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES CHIEF DISTRICT JUDGE